UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KYMBERLY TURNQUIST,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY DCFS, et al.,<br><br>    Defendants. | Case No. 8:25-cv-01692-JLS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) of Kymberly Turnquist ("Plaintiff"), the Order re Complaint by the assigned magistrate judge (Dkt. 7), and the Report and Recommendation of the magistrate judge (Dkt. 11, "Report"). Plaintiff did not file a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that: (1) Plaintiff's Request to Proceed In Forma Pauperis (Dkt. 4) is DENIED; and (2) Judgment shall be entered dismissing Plaintiff's civil rights claims against Defendants Reminick and Laguna with prejudice and all other claims without prejudice.

Dated: October 13, 2025

                                       JOSEPHINE L. STATON
                                       United States District Judge