JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| KYMBERLY TURNQUIST, | Case No. 8:25-cv-01692-JLS-JDE |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| ORANGE COUNTY DCFS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the civil rights claims in the operative Complaint asserted against Defendants Matther Reminick and Patricia Laguna are dismissed with prejudice and all other claims asserted in the Complaint are dismissed without prejudice.

Dated: October 13, 2025

JOSEPHINE L. STATON
United States District Judge